Cliff Palefsky (State Bar No. 77683)
Scott M. Stillman (State Bar No. 267506)
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202
cp@mhpsf.com
sstillman@mhpsf.com

Attorneys for Plaintiff
KATHERINE ADAMS

MARGARET HART EDWARDS, Bar No. 65699
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA  94108-2693
Telephone: (415) 433-1940
Facsimile: (415) 399-8490
Email:  mhedwards@littler.com

Attorneys for Defendant
INVESTMENT TECHNOLOGY GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE ADAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>INVESTMENT TECHNOLOGY GROUP, INC., and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. C 13-05150 MEJ<br><br>e-filing<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
*Adams v. Investment Technology Group, Inc.,* Case No. C 13-05150 MEJ

1

IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a).

Dated:  January 30, 2014                McGUINN, HILLSMAN & PALEFSKY
                                        Attorneys for Plaintiff

                                        By: _____/s/_____
                                                 Scott M. Stillman

Dated:  January 30, 2014                LITTLER MENDELSON, P.C.
                                        Attorneys for Defendant

                                        By: _____/s/_____
                                                 Margaret H. Edwards

## [PROPOSED] ORDER

The above-captioned action is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a). IT IS SO ORDERED.

Dated: February 4, 2014 ~~January ___, 2014~~

_____
MARIA-ELENA JAMES
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
*Adams v. Investment Technology Group, Inc.*, Case No. C 13-05150 MEJ

2

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order for Dismissal with Prejudice. In compliance with General Order 45.X.B., I hereby attest that the other signatories have concurred in this filing.

Dated: January 30, 2014        McGUINN, HILLSMAN & PALEFSKY
                               Attorneys for Plaintiff


                               By: _____/s/_____
                                    Scott M. Stillman

---

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
*Adams v. Investment Technology Group, Inc.*, Case No. C 13-05150 MEJ                    3